**Order entered October 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01014-CV

### ADA RENEE LAWRENCE, INDIVIDUALLY, AND ADA RENEE LAWRENCE, AS NEXT FRIEND OF M.W., A MINOR, C.C., A MINOR, J.C., A MINOR AND Z.C., A MINOR, Appellants

### V.

### STEWART CREEK VILLAS LP, CAPSTONE REAL ESTATE SERVICES, INC., RESTOPROS, INC., SONGHAI DEVELOPEMENT COMPANY, L.L.C. AND CHERNO NJIE, Appellees

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-04308-2016

### ORDER

On September 1, 2021, the Court remanded this case to the trial court for appointment of an attorney ad litem to represent the minor involved in this case in order to facilitate settlement proceedings. We further abated these proceedings for thirty days or until a motion from appellants to reinstate or to dismiss the appeal was filed, whichever came first.

On September 30, 2021, appellants filed a letter informing the Court that appellees filed a motion to appoint an ad litem on September 22, 2021, but the trial court has not yet ruled. Appellants request a sixty-day extension of the abatement order to allow time for the appointment, investigation, and hearing to approve the settlement.

We **GRANT** appellants' request and **ABATE** these proceeding for sixty days or until a motion to reinstate or dismiss the appeal is filed, whichever comes first.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE